# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00348-CV

**Robert James Utley Winkelmann, Appellant**

**v.**

**Antoinette A. Okere, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-09-001965, THE HONORABLE MARY ANN MORTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Robert James Utley Winkelmann filed his notice of appeal on July 6, 2020. The reporter's record was due on August 3, 2020. On August 18, 2020, this Court sent court reporter Leah Hayes notice that the reporter's record was overdue and asked her to send this Court a written explanation for the delay and an estimate of when the record would be complete. We requested that a response be filed no later than August 28, 2020. To date, she has not tendered the record or a response.

We therefore order Hayes to file the reporter's record in this cause no later than September 11, 2020. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Hayes being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on September 1, 2020.

Before Justices Goodwin, Triana, and Smith